JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

SCOTT D. BAUER (N.C. 25268)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street NW, Suite 3024
Washington, DC 20004
TEL:   (202) 514-4133
FAX:   (202) 305-0506
e-mail: scott.bauer@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, | No. 4:17-cv-05439-DMR |
| Plaintiffs, | |
| v. | STIPULATION OF VOLUNTARY DISMISSAL |
| U.S. DEPARTMENT OF TRANSPORTATION, *et al*., | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action is dismissed without prejudice, with the parties to bear their own costs and fees.

*The People of the State of California, et al., v. U.S. Department of Transportation, et al.,* No. 4:17-cv-05439-DMR
Stipulation of Voluntary Dismissal

Dated: November 20, 2017

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division |
| /s/ *Jamie Jefferson*<br>JAMIE JEFFERSON (SBN 197142)<br>LAURA J. ZUCKERMAN (SBN 161896)<br>Deputy Attorneys General<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Tel: (510) 879-0280<br>Fax: (510) 622-2270<br>email: Jamie.jefferson@doj.ca.gov | /s/*Scott D. Bauer*<br>SCOTT D. BAUER (N.C. 25268)<br>Natural Resources Section<br>Environment & Natural Resources Division<br>United States Department of Justice<br>601 D Street NW, Suite 3024<br>Washington, DC 20004<br>TEL:   (202) 514-4133<br>FAX:   (202) 305-0506<br>e-mail: scott.bauer@usdoj.gov |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

2

*The People of the State of California, et al., v. U.S. Department of Transportation, et al.,* No. 4:17-cv-05439-DMR
Stipulation of Voluntary Dismissal

# Additional Attorneys of Record

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br><br>/S/ GAVIN MCCABE<br>GAVIN MCCABE<br>Supervising Deputy Attorney General<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Tel: (510) 879-1300<br>*Attorneys for California Air Resources Board*<br><br>BRIAN E. FROSH<br>Attorney General of Maryland<br><br>/S/ STEVEN M. SULLIVAN<br>STEVEN M. SULLIVAN<br>Solicitor General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Tel: (410) 576-6427<br>*Attorneys for Maryland*<br><br>State of Minnesota, by and through its<br>Minnesota Department of Transportation<br>Office of the Attorney General<br><br>/S/ CHRISTINA BROWN<br>CHRISTINA BROWN, *pro hac vice pending*<br>Assistant Attorney General<br>445 Minnesota Street, Suite 900<br>St. Paul, Minnesota 55101-2127<br>Tel: (651) 757-1471<br>Email:  christina.brown@ag.state.mn.us<br>*Attorneys for Minnesota*<br><br>ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br><br>/S/ PAUL GARRAHAN<br>PAUL GARRAHAN<br>Attorney-in-Charge, Natural Resources Section<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR  97301-4096<br>Tel: (503) 947-4593<br>*Attorneys for Oregon* | THOMAS J. MILLER<br>Attorney General of Iowa<br><br>/S/ JACOB LARSON<br>JACOB LARSON<br>Assistant Attorney General<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street, 2nd Floor<br>Des Moines, Iowa 50319<br>Tel: (515) 281-5341<br>*Attorneys for Iowa*<br><br>MAURA HEALEY<br>Attorney General of the<br>Commonwealth of Massachusetts<br><br>/S/ CAROL IANCU<br>CAROL IANCU, *pro hac vice pending*<br>I. ANDREW GOLDBERG, *pro hac vice pending*<br>Assistant Attorneys General<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, Massachusetts 02108<br>Tel: (617) 963-2428<br>     (617) 963-2429<br>*Attorneys for Massachusetts*<br><br>ROBERT W. FERGUSON<br>Attorney General of Washington<br><br>/S/ KATHERINE G. SHIREY<br>KATHARINE G. SHIREY<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504<br>Tel: (360) 586-6769<br>*Attorneys for Washington*<br><br>THOMAS J. DONOVAN, JR.<br>Attorney General of Vermont<br><br>/S/ KATHERINE POHL<br>KATHERINE POHL<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>Tel: (802) 828-3186<br>*Attorneys for Vermont* |